# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KANEKA COPORATION, a Japanese Corporation<br><br>Plaintiff,<br><br>v.<br><br>SKC KOLON PI, INC., a Korean Corporation and SKC, INC., a Georgia Corporation<br><br>Defendants. | Case No. CV 11-03397 JGB (RZx)<br><br>**JUDGMENT** |
| AND RELATED COUNTERCLAIMS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the November 19, 2015 Jury Verdict and this Court's August 2, 2016 Order, IT IS HEREBY ORDERED that:

Judgment be entered in favor of Plaintiff Kaneka Corporation ("Kaneka"), and against Defendants SKC KOLON PI, INC. ("SKPI") and SKC, INC. ("SKC"), as follows:

//

1. The following were infringing products under Claim 1 of U.S. Patent No. 5,075,064 (the "'064 Patent"):
- GL70 25 µm
- IF70 10 µm
- IF70 12.5 µm
- IF70 25 µm
- IF70 50 µm
- IF70 75 µm
- IN30 50 µm [a/k/a LH 50 µm]
- IN30 75 µm [a/k/a LH 75 µm]
- IN70 19 µm [a/k/a LV70 19 µm; LV 19 µm; LV75 25 µm]
- IN70 25 µm [a/k/a LV70 25 µm; LV 25 µm; LV100 25 µm]
- IN70 50 µm [a/k/a LV70 50 µm; LV 50 µm; LV200 50 µm]
- IN70 75 µm [a/k/a LV70 75 µm; LV 75 µm; LV300 75 µm]
- LH 50 µm [a/k/a IN30 50 µm]
- LH 75 µm [a/k/a IN30 75 µm]
- LH 12.5 µm
- LN 25 µm
- LN 50 µm
- LN70 12.5 µm
- LN70 25 µm
- LS 12.5 µm
- LS 25 µm
- LS 50 µm
- LV 25 µm [a/k/a LV70 25 µm; LV100 25 µm; IN70 25 µm]
- LV50 µm [a/k/a LV70 50 µm; LV200 50 µm; IN70 50 µm]
- LV 75 µm [a/k/a LV70 75 µm; LV300 75 µm; IN70 75 µm]
- LV70 25 µm [a/k/a LV 25 µm; LV100 25 µm; IN70 25 µm]

- LV70 50 μm [a/k/a LV 50 μm; LV200 50 μm; IN70 50 μm]

2. The following are infringing products under Claims 2, 3, and 5 of U.S. Patent No. 7,691,961 (the "'961 Patent"):
   - LN050 12.5 μm
   - LN100 25 μm
   - IF70 25 μm
   - IF70 50 μm
   - IF70 75 μm

3. The following are infringing products under Claims 9, 10, and 12 of the '961 Patent:
   - LN050 12.5 μm
   - LN100 25 μm
   - IF70 12.5 μm
   - IF70 50 μm
   - LV100 25 μm [a/k/a LV70 25 μm; LV 25 μm; IN70 25 μm]
   - LV200 50 μm [a/k/a LV70 50 μm; LV 50 μm; IN70 50 μm]
   - LV300 75 μm [a/k/a LV70 75 μm; LV 75 μm; IN70 75 μm]

4. IF70 12.5 μm is an infringing product under Claim 5 of the '961 Patent.

5. IF70 25 μm and IF70 75 μm are infringing products under Claims 9 and 12 of the '961 Patent.

6. SKC directly infringed the '064 Patent by selling the following products in the United States: IF70 12.5 μm; IF70 25 μm; IN30 75 μm [a/k/a LH 75]; IN70 19 μm [a/k/a LV70 19 μm; LV 19 μm; LV75 19 μm]; IN70 25 μm [a/k/a LV70 25 μm; LV 25 μm; LV100 25 μm]; and IN70 50 μm [a/k/a LV70 50 μm; LV 50 μm; LV200 50 μm].

7. SKC directly infringed the '961 Patent by selling the following product in the United States: LV100 25 μm.

3

8. Kaneka shall not recover any reasonable royalty from SKC. Therefore, Kaneka shall have and recover from SKC the sum of zero dollars in royalties.
9. SKPI indirectly infringed the '064 Patent through induced infringement of SKC, Samsung, and/or LG by the sale of the infringing products or sales of mobile phones that incorporated the products listed in Paragraph 1, above.
10. Kaneka shall have and recover from SKPI the sum of Five Million, Nine Hundred Twenty Thousand, Three Hundred Eighty-Nine and 50/100 Dollars ($5,920,389.50) for its lost profits resulting from SKPI's induced infringement of the '064 Patent.
11. SKPI indirectly infringed the '961 Patent through induced infringement of SKC, Samsung, and/or LG by the sale of the infringing products or sales of mobile phones that incorporated the products listed in Paragraphs 2, 3, 4, and 5 above.
12. Kaneka shall have and recover from SKPI the sum of Seven Million, Five Hundred Sixty-Eight Thousand, Three Hundred Seventy-Five and 56/100 Dollars ($7,568,375.56) for its lost profits resulting from SKPI's induced infringement of the '961 Patent.
13. Kaneka is entitled to an accounting for supplemental damages. Kaneka may conduct an accounting of SKPI's sales of products found to infringe the '961 Patent from July 1, 2015 through November 19, 2015. Kaneka may also conduct an accounting of sales of any infringing product sold by SKPI from November 19, 2015 through the date of the entry of judgment. Such accounting is STAYED until final resolution of all post-trial motions.
14. Kaneka is awarded pre-judgment interest from SKPI based upon lost profits for all infringing sales of products found to infringe the '961 Patent from April 6, 2010, through the date of entry of final judgment, but excluding the time period from July 11, 2011 to December 10, 2012. Interest shall accrue at the Prime Rate and shall be compounded annually.

15. Post-judgment interest on the total amount of the judgment, including pre-judgment interest, shall accrue pursuant to 28 U.S.C. § 1961(a), from the date on which final judgment, is entered until paid in full.
16. Claim 1 of the '064 Patent is not invalid under 35 U.S.C. §§ 102 and 103.
17. Claims 2, 3, 5, 9, 10, and 12 of the '961 Patent are not invalid under 35 U.S.C. §§ 102 and 103.
18. Claims 2, 3, and 5 of the '961 Patent are not invalid under 35 U.S.C. § 112.

**IT IS SO ORDERED.**

Dated: May 24, 2017

THE HONORABLE JESUS G. BERNAL
United States District Judge