# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-03397-JGB(RZx) | Date | December 4, 2017 |
|---|---|---|---|

| Title | *Kaneka Corporation v. SKC Kolon PI, Inc. et al* |
|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Anthony J. Dain | Cecilia Sanabria |
| Dave Deonarine | Charles H. Suh |
| Frederick K. Taylor | Mindy L. Ehrenfried |
| Raymond K. Chan | J. Michael Jakes |
|  | Anand Sharma |

**Proceedings:** DEFENDANT AND COUNTERCLAIMANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW [750]

DEFENDANTS AND COUNTERCLAIMANTS' MOTION FOR ORDER FOR PROVISIONAL MOTION UNDER FED. R. CIV. P. 52 FOR ADDITIONAL FINDINGS AND CONCLUSION REGARDING IMPLIED LICENSE [751]

PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION [757]

DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO RE-TAX COSTS [765]

The Court and counsel confer. The Court hears oral argument on the Defendant and Counterclaimant's Motion for Judgment as a Matter of Law [750], Defendants and Counterclaimants' Motion for Order for Provisional Motion under Fed. R. Civ. P. 52 for additional findings and conclusion regarding implied license [751], Plaintiff's Motion for Permanent Injunction [757], and Defendants and Counterclaimants' Motion to Re-Tax Costs [765]. The matters are taken under submission.

CC:  Time: 00:31 / GGA